THE STATE OF OHIO, APPELLEE, *v.* SMITH, APPELLANT.

[Cite as *State v. Smith,* 124 Ohio St.3d 116, 2009-Ohio-6539.]

*Certified question answered in the negative and court of appeals' judgment affirmed on the authority of State v. Lester.*

(Nos. 2009-0076 and 2009-0578 — Submitted September 30, 2009 — Decided December 17, 2009.)

CERTIFIED by and APPEAL from the Court of Appeals for Montgomery County, Nos. 21463 and 22334, 2008-Ohio-6330.

_____

{¶ 1} The certified question is answered in the negative and the judgment of the court of appeals is affirmed on the authority of *State v. Lester*, 123 Ohio St.3d 396, 2009-Ohio-4225, 916 N.E.2d 1038.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Ronald A. Smith, pro se.

_____